Preston Jerome Taylor

Vs

The State of Alabama

CR number - currently unknown to Petitioner.

21-cv-93-CG-MU

## In the United States Federal District Court

### Writ for Certiorari Review

To this honorable Federal District Court, Comes now the petitioner, Preston Jerome Taylor, on his own accord asking this court to accept this motion as a writ of certiorari review, grant my appeal and review my case file. The only opinion that I will offer at this time is that this case file is corrupt, it is a fact however that these entire proceedings have been prejudice to me as a person. Whether it is racial or not documented prejudice has been noted. My trial, on a high profile case that was wildly exaggerated in the news, was won (leaving neither the alleged victim or the police officers testimony creditable) and the fact that "my" personal property was stolen was confirmed. Furthermore Furthermore, the officers body cam that he testified was active when he first responded at the scene would have exhonorated me, was suboppened, but wasn't produced. See Brady v. Maryland. The jury was not surquestered and were allowed to [leave] in anyn outh the front and back doors of the courtroom, exposing them to extraneous influences. There was record error in the transcript. I brought up many issues when allowed to, but no longer have access to my motions or legal materials. They were left at the residence I was arrested at in Houston, 2415 Freeman Street, Houston Texas, 77009. I represented myself and got found guilty by a jury I did not get to question on the second day of deliberations (which was my right) After they again... were exposed extraneous influences and allowed to leave out of the same courtroom door as the victim and the police officer. After being found guilty and ordered to

serve a 20 year sentence split to serve 3 years in prison with credit for time served and the balance suspended for 3 years of formal probation. I immediately appealed and was given the appellete lawyer "Richard Foreman" who filed a "no merit" or "ander's brief" without my consent. I was instructed to file my own brief of Ato Se issues. I did so and Highlighted every inconsistancy in the transcript in part, due to the fact that I had been sent to segregation in prison for disciplinary action which limited my resources. I asked for one last extension after I was transferred to another facility. I asked the court to consider the circumstance This time my extension was denied and the deadline rushed. I had more than enough to have the case overturned especially with the extraneous influences being cited. I was denied by "Judge Mary Windom" for not raising these issues on direct appeal. This was in fact my direct appeal. Prejudice. I filed a motion with the Alabama Supreme Court who instructed me to file for certiorari but did not appoint me a new appedlant attorney. I was incarcerated with limited resources and had to deal with the constraints of the facility after I took time to read the court rules of filing a certiorari in it's entirety. It was supposed to be filed in 14 days. It took me 30 days but I asked them to consider the circumstances of my incarceration They did not and I was denied simply because my filing was "untimely". I was close to the end of my sentence now so I figured it would be best to fight from the free world. Gain the support of the church, activist groups, and the media in attempts to gain a new trial. It was obvious to me I had been prejudiced against. Johanna Bucci gave me no chance. I was released from prison 11/27/20 with no property. My property still hasn't been returned though it was supposed to transfer with me. Prejudice. I was release into the custody of Texas Prison Transportation Service" who took me to face charge in Harris County

FILED FEB 22 '21 PM 2:10 USDCALS

Houston, Texas. On 12/01/20 I was release in Houston with instructions to return to court on the 15th. I did and my case was dismissed. I was in the middle of trying to acquire a civil suit attorney through the NAACP and start all of my litigations when I was arrested from the previously mentioned address in Houston on or around 12/28/20. less than a month out of prison and not even a whole week and a half after standing charge. I'm told I have an outstanding warrant in Alabama. I get here and Johanna Bucci is asking the Judge to re-split my sentence and give me a 20 split 5 which would give me 24 more mandatory months to serve in prison based of some disciplinary disciplinaries I acquired and were penalized for in prison (though it was self defense, on camera, with each fight) and a motion to the Judge asking her to recuse. She called the prison, said she felt threatned and they wrote me up for it so I made the requisal mandatory. I threatened no-one in particular which is why I can't be charged. I simply made note to the court that I've been stalked, harrassed, and stolen from during the course of this case. My complaints were being ignored, I'm being prejudiced against and will take matters into my own hands if it continues. Why would you feel threatened if you've done nothing wrong? I still want a chance at my appeal from the free well. I have a documented and promising career in music, business, and business consulting. I am also a humanitarian. Please consider all of this, as well as the circumstances of my incarceration, appoint appeal counsel to assist me, and grant me certiorari relief. Thank You and God Bless

Respectfully Submitted
*[signature]*
02/16/21

Preston Scott Taylor
P.O. Box 104
Mobile, AL 36601

Legal Mail

The United States Federal District Court
113 St. Joseph Street
Mobile, AL 36602

MOBILE AL 366
18 FEB 2021 PM 2 L

USA FOREVER

INMATE IN MOBILE CO. JAIL

36602-360699